**Fill in this information to identify the case:**

Debtor 1: Cheryl Lynn Declouet

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN District of TEXAS
(State)

Case number: 14-30153-HDH-13

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

**Court claim no.** (if known): 13-1

**Last 4 digits** of any number you use to identify the debtor's account: 8 0 4 6

**Property address:** 1328 Clearwater Drive
Number    Street

Grand Prairie    TX    75052
City             State  ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   ___/___/_____
                                                              MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 29,860.98

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ 0.00

c. **Total**. Add lines a and b.    (c) $ 29,860.98

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    03/01/2016
                                                              MM / DD / YYYY

---

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

Debtor 1 __Cheryl Lynn Declouet__  
 First Name   Middle Name   Last Name

Case number (*if known*) __14-30153-hdh-13__

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ __/s/ Brian Sindell__
Signature

Date __11__/__27__/__2017__

Print __Brian__        __Sindell__
  First Name   Middle Name   Last Name

Title __Assistant Vice President__

Company __BSI Financial Services__

If different from the notice address listed on the proof of claim to which this response applies:

Address __1425 Greenway Drive, Suite 400__
 Number   Street
__Irving__        __TX__  __75038__
 City       State   ZIP Code

Contact phone (__949__) __679__ – __6696__

Email __mcampos@bsifinancial.com__

Form 4100R     **Response to Notice of Final Cure Payment**     page **2**

PAGE : 1
ACCOUNT NUMBER ▮▮▮▮▮ QUOTE NUMBER 1
QUOTE PURPOSE GOOD THROUGH DATE 11/30/17
QUOTE TYPE BANKRUPTCY CREATED DATE 11/27/17

| PAYMENT ADJUSTED DUE DATE | PRINCIPAL & INTEREST | ESCROW | CREDIT INSURANCE | ANCILLARY | PARTIAL PYMT SHRT | ADJUSTMENTS | TOTAL |
|---|---|---|---|---|---|---|---|
| 03/01/16 | 856.10 | 470.74 | 0.00 | 0.00 | 0.00 | 0.00 | 1,326.84 |
| 04/01/16 | 856.10 | 470.74 | 0.00 | 0.00 | 0.00 | 0.00 | 1,326.84 |
| 05/01/16 | 856.10 | 470.74 | 0.00 | 0.00 | 0.00 | 0.00 | 1,326.84 |
| 06/01/16 | 856.10 | 470.74 | 0.00 | 0.00 | 0.00 | 0.00 | 1,326.84 |
| 07/01/16 | 856.10 | 470.74 | 0.00 | 0.00 | 0.00 | 0.00 | 1,326.84 |
| 08/01/16 | 856.10 | 470.74 | 0.00 | 0.00 | 0.00 | 0.00 | 1,326.84 |
| 09/01/16 | 856.10 | 470.74 | 0.00 | 0.00 | 0.00 | 0.00 | 1,326.84 |
| 10/01/16 | 856.10 | 470.74 | 0.00 | 0.00 | 0.00 | 0.00 | 1,326.84 |
| 11/01/16 | 856.10 | 470.74 | 0.00 | 0.00 | 0.00 | 0.00 | 1,326.84 |
| 12/01/16 | 856.10 | 470.74 | 0.00 | 0.00 | 0.00 | 0.00 | 1,326.84 |
| 01/01/17 | 856.10 | 470.74 | 0.00 | 0.00 | 0.00 | 0.00 | 1,326.84 |
| 02/01/17 | 856.10 | 470.74 | 0.00 | 0.00 | 0.00 | 0.00 | 1,326.84 |
| 03/01/17 | 856.10 | 470.74 | 0.00 | 0.00 | 0.00 | 0.00 | 1,326.84 |
| 04/01/17 | 856.10 | 470.74 | 0.00 | 0.00 | 0.00 | 0.00 | 1,326.84 |
| 05/01/17 | 856.10 | 470.74 | 0.00 | 0.00 | 0.00 | 0.00 | 1,326.84 |
| 06/01/17 | 856.10 | 803.63 | 0.00 | 0.00 | 0.00 | 0.00 | 1,659.73 |
| 07/01/17 | 856.10 | 803.63 | 0.00 | 0.00 | 0.00 | 0.00 | 1,659.73 |
| 08/01/17 | 856.10 | 803.63 | 0.00 | 0.00 | 0.00 | 0.00 | 1,659.73 |
| 09/01/17 | 856.10 | 803.63 | 0.00 | 0.00 | 0.00 | 0.00 | 1,659.73 |
| 10/01/17 | 856.10 | 803.63 | 0.00 | 0.00 | 0.00 | 0.00 | 1,659.73 |
| 11/01/17 | 856.10 | 803.63 | 0.00 | 0.00 | 0.00 | 0.00 | 1,659.73 |

| PRINCIPAL ADJUSTED & INTEREST | ESCROW | CREDIT INSURANCE | ANCILLARY | PARTIAL PYMT SHRT | TOTAL | ADJUSTMENTS TOTAL |
|---|---|---|---|---|---|---|
| 17,978.10 | 11,882.88 | 0.00 | 0.00 | 0.00 | 29,860.98 | 0.00 | 29,860.98 |

ADDITIONAL PAYMENTS:
GRAND TOTAL 29,860.98 0.00 29,860.98



| Payment Changes | | | |
|---|---|---|---|
| Date | P&I | Escrow | Total |
| POC | | | 1317.91 |
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Loan Information | |
|---|---|
| Loan # | ▮▮▮▮▮ |
| Borrower | Declouet |
| Date Filed | 1/6/2014, 14 30153 |
| First Post Petition Due Date | 2/1/2014 |
| POC Covers | 8/1/13 - 1/6/14 |

- Need copy of prior servicers payment history to confirm application

| Date | Amount Rcvd | Post Pet Due Date | Amt Due | Over/Short | | Suspense Debit | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/31/2015 | $236.92 | | | $236.92 | | | $236.92 | | $236.92 | $236.92 |
| 4/24/2015 | $344.87 | | | $581.79 | | | $344.87 | | $344.87 | $344.87 |
| 5/22/2015 | $344.87 | | | $926.66 | | | $344.87 | | $344.87 | $581.79 |
| 6/26/2015 | $347.68 | | | $1,274.34 | | | $347.68 | | $347.68 | $929.47 |
| 7/24/2015 | $350.50 | | | $1,624.84 | | | $350.50 | | $350.50 | $1,279.97 |
| 8/28/2015 | $529.48 | | | $2,154.32 | | | $529.48 | | $529.48 | $1,809.45 |
| 9/25/2015 | $357.98 | | | $2,512.30 | | | $357.98 | | $357.98 | $2,167.43 |
| 10/23/2015 | $350.11 | | | $2,862.41 | | | $350.11 | | $350.11 | $2,517.54 |
| 11/20/2015 | $342.23 | | | $3,200.25 | | | $342.23 | | $342.23 | $2,859.77 |
| 12/18/2015 | $342.24 | | | $4,518.25 | | | $342.24 | | $342.24 | $3,202.01 |
| 1/22/2016 | $342.23 | | | $4,856.09 | | | $342.23 | | $342.23 | $3,544.24 |
| 2/26/2016 | $513.35 | | | $6,174.09 | | | $513.35 | | $513.35 | $4,057.59 |
| 3/25/2016 | $342.24 | | | $6,217.63 | | | $342.24 | | $342.24 | $4,399.83 |
| 4/22/2016 | $342.23 | | | $7,535.63 | | | $342.23 | | $342.23 | $4,742.06 |
| 5/27/2016 | $342.24 | | | $8,853.63 | | | $342.24 | | $342.24 | $5,084.30 |
| 6/24/2016 | $339.80 | | | $10,171.54 | | | $339.80 | | $339.80 | $5,424.10 |
| 7/22/2016 | $337.37 | | | $11,489.45 | | | $337.37 | | $337.37 | $5,761.47 |
| 8/26/2016 | $506.06 | | | $12,816.29 | | | $506.06 | | $506.06 | $6,267.53 |
| 9/23/2016 | $337.37 | | | $14,143.13 | | | $337.37 | | $337.37 | $6,604.90 |
| 10/14/2016 | $1,320.00 | 3/1/2015 | $1,317.91 | $14,152.06 | | $2.09 | | | $0.00 | $6,604.90 |
| 10/27/2016 | $337.84 | | | $14,528.83 | | | $337.37 | | $337.37 | $6,942.27 |
| 11/28/2016 | $1,318.00 | 4/1/2015 | $1,317.91 | $13,433.60 | | $0.09 | | | $0.00 | $6,942.27 |
| 12/13/2016 | $337.84 | | | $14,983.60 | | | $337.84 | | $337.84 | $7,280.11 |
| 12/28/2016 | $1,318.00 | 5/1/2015 | $1,317.91 | $15,215.69 | | $0.09 | | | $0.00 | $7,280.11 |
| 1/20/2017 | $43.54 | | | $15,215.69 | | | $43.54 | | $43.54 | $7,323.65 |
| 1/31/2017 | $1,318.00 | 6/1/2015 | $1,317.91 | $13,897.78 | | $0.09 | | | $0.00 | $7,323.65 |
| 3/7/2017 | $1,318.00 | 7/1/2015 | $1,317.91 | $12,579.87 | | $0.09 | | | $0.00 | $7,323.65 |
| 3/30/2017 | $1,317.91 | 8/1/2015 | $1,317.91 | $11,261.96 | | | | | $0.00 | $7,323.65 |
| 4/29/2017 | $1,317.91 | 9/1/2015 | $1,317.91 | $9,944.05 | | | | | $0.00 | $7,323.65 |
| 5/30/2017 | $1,326.84 | 10/1/2015 | $1,317.91 | $8,626.14 | | | | | $0.00 | $7,323.65 |
| 7/17/2017 | $1,326.84 | 11/1/2015 | $1,317.91 | $7,308.23 | | | | | $0.00 | $7,323.65 |
| 8/16/2017 | $1,326.84 | 12/1/2015 | $1,317.91 | $5,990.32 | | | | | $0.00 | $7,323.65 |
| 9/22/2017 | $376.77 | | | $5,990.32 | | $376.77 | | | $0.00 | $7,323.65 |
| 9/22/2017 | $222.68 | | | $5,990.32 | | $222.68 | | | $0.00 | $7,323.65 |
| 9/22/2017 | $1,550.00 | 1/1/2016 | $1,317.91 | $4,672.41 | | $223.16 | | | $0.00 | $7,323.65 |
| 10/17/2017 | $1,550.00 | 2/1/2016 | $1,317.91 | $3,354.50 | | $223.16 | | | $0.00 | $7,323.65 |
| | | | | $3,354.50 | | | | | $0.00 | $7,323.65 |
| | | | | $3,354.50 | | | | | $0.00 | $7,323.65 |
| | | | | $3,354.50 | | | | | $0.00 | $7,323.65 |

# POST-PETITION PAYMENT HISTORY

Name: Cheryl Declouet
Loan #:
Case #: 14-30153
Date Filed: 1/6/14

| Date Received | Amount Received | $ Applied To Payment | Post-Petition Date Paid | Paid To Suspense | Running Suspense Total | Post Petition Payment Amount Due |
|---|---|---|---|---|---|---|
| | | | | | $ - | |
| | | | | | $ - | |
| 3/14/2014 | $ 1,317.83 | | | $1,317.83 | $ 1,317.83 | |
| 4/14/2014 | $ 1,317.83 | $1,317.91 | 2/1/2014 | ($0.08) | $ 1,317.75 | $ 1,317.91 |
| 6/9/2014 | $ 1,317.83 | $1,317.91 | 3/1/2014 | ($0.08) | $ 1,317.67 | $ 1,317.91 |
| 6/30/2014 | $ 1,317.83 | $1,317.91 | 4/1/2014 | ($0.08) | $ 1,317.59 | $ 1,317.91 |
| 8/12/2014 | $ 1,317.83 | $1,317.91 | 5/1/2014 | ($0.08) | $ 1,317.51 | $ 1,317.91 |
| 11/4/2014 | $ 1,320.00 | $1,317.91 | 6/1/2014 | $2.09 | $ 1,319.60 | $ 1,317.91 |
| 1/27/2015 | $ 1,320.00 | $1,317.91 | 7/1/2014 | $2.09 | $ 1,321.69 | $ 1,317.91 |
| 3/26/2015 | $ 700.00 | $1,317.91 | 8/1/2014 | ($617.91) | $ 703.78 | $ 1,317.91 |
| 5/22/2015 | $ 1,050.00 | $1,317.91 | 9/1/2014 | ($267.91) | $ 435.87 | $ 1,317.91 |
| | | | 10/1/2014 | $0.00 | $ 435.87 | $ 1,317.91 |
| | | | 11/1/2014 | $0.00 | $ 435.87 | $ 1,317.91 |
| | | | 12/1/2014 | $0.00 | $ 435.87 | $ 1,317.91 |
| | | | 1/1/2015 | $0.00 | $ 435.87 | $ 1,317.91 |
| | | | 2/1/2015 | $0.00 | $ 435.87 | $ 1,317.91 |
| | | | 3/1/2015 | $0.00 | $ 435.87 | $ 1,317.91 |
| | | | 4/1/2015 | $0.00 | $ 435.87 | $ 1,317.91 |
| | | | 5/1/2015 | $0.00 | $ 435.87 | $ 1,317.91 |
| | | | 6/1/2015 | $0.00 | $ 435.87 | $ 1,317.91 |
| | | | 7/1/2015 | $0.00 | $ 435.87 | $ 1,317.91 |
| | | | 8/1/2015 | $0.00 | $ 435.87 | $ 1,317.91 |
| | | | | $0.00 | $ 435.87 | |
| | | | | $0.00 | $ 435.87 | |
| | | | | $0.00 | $ 435.87 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Response was served on the 28th day of November, 2017.  Said Response was filed electronically.  Service was accomplished by the method and to the following as indicated.

By: /s/ Richard Anderson
      RICHARD E. ANDERSON

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

DEBTOR
Cheryl Lynn DeClouet
1328 Clearwater Drive  (Property)
Grand Prairie, Texas 75052

1328 Clearwater Drive  (Mailing)
Grand Prairie, Texas 75052

DEBTOR'S ATTORNEY
C. Daniel Herrin
Herrin Law, PLLC
4925 Greenville Avenue, Suite 130,  ecf@herrinlaw.com
Dallas, Texas 75206

TRUSTEE
Thomas Powers
125 E. John Carpenter Frwy., Suite 1100
Irving, Texas 75062

U.S. TRUSTEE
U.S. Trustee
1000 Commerce Street, Room 976
Dallas, Texas 75242

CREDITOR ATTORNEY

| | | |
|---|---|---|
| **Judd A. Austin, Jr.**<br>Henry, Oddo, Austin & Fletcher, PC<br>1700 Pacific Avenue<br>Suite 2700<br>Dallas, TX 75201<br>(214) 658-1900<br>(214) 658-1919 (fax)<br>jaamex@hoaf.com<br> *Assigned: 01/04/2017* | representing | **Grand Prairie Lakewood Homeowners Association, Inc**<br>c/o SBB Management Company<br>8360 LBJ Freeway, Suite 300<br>Dallas, TX 75243<br>*(Creditor)* |
| **John R. Callison**<br>Barrett Daffin Frappier Turner & Engel<br>15000 Surveyor Boulevard<br>Addison, TX 75001<br>(972) 386-5040<br>(972) 661-7725 (fax)<br>ndecf@bdfgroup.com<br> *Assigned: 09/02/2016* | representing | **Federal National Mortgage Association -Fannie Mae, Creditor CO Seterus, Inc.**<br>*(Creditor)* |
| **Alonzo Zachary Casas**<br>Aldridge Pite, LLP<br>4375 Jutland Drive<br>San Diego, CA 92117<br>(858) 750-7600<br>(619) 590-1385 (fax)<br>ecftxnb@aldridgepite.com<br> *Assigned: 08/25/2017* | representing | **WELLS FARGO BANK, N.A.**<br>*(Creditor)* |
| **Craig Andrew Edelman**<br>Buckley Madole, P.C.<br>PO Box 9013<br>Addison, TX 75001<br>713-621-8673<br>972-661-7702 (fax)<br>Craig.Edelman@buckleymadole.com<br> *Assigned: 04/10/2015* | representing | **U.S. BANK NATIONAL ASSOCIATION**<br>14841 Dallas Parkway, Suite 300<br>Dallas, TX 75254<br>*(Creditor)* |
| **Andrew David Goldberg**<br>Rosicki Rosicki & Associates, P.C.<br>51 East Bethpage Road<br>Plainview, NY 11803 | Representing | **Federal National Mortgage Association -Fannie Mae, Creditor CO Seterus, Inc.**<br>*(Creditor)* |

| | | |
|---|---|---|
| 516-741-2585<br>(516) 873-7244 (fax)<br>Bkmail@rosicki.com<br>  *Assigned: 09/21/2015* | | |
| **Gordon Green**<br>Aldridge Pite, LLP<br>4375 Jutland Drive<br>San Diego, CA 92117<br>(972) 499-8068<br>(858) 412-2683 (fax)<br>ecftxnb@aldridgepite.com<br>  *Assigned: 08/11/2017* | representing | **WELLS FARGO BANK, N.A.**<br>*(Creditor)* |
| **Beatrice Grevel**<br>Butler & Hosch, P.A.<br>13800 Montfort Drive, Suite 300<br>Dallas, TX 75240<br>(972) 233-2500 x1354<br>(972) 716-2014 (fax)<br>beatriceg@butlerandhosch.com<br>  *Assigned: 05/06/2014* | representing | **U.S. Bank National Association**<br>Butler & Hosch, PA<br>3185 S. Conway Rd., Suite E<br>Orlando, FL 32812<br>*(Creditor)* |
| **Jennine Hovell-Cox**<br>Codilis & Stawiarski, PC<br>400 N. Sam Houston Parkway E., Sute 900A<br>Houston, TX 77060<br>(281) 925-5239<br>(281) 925-5339 (fax)<br>jennine.hovell-cox@tx.cslegal.com<br>  *Assigned: 08/14/2017* | representing | **Fay Servicing, LLC As Servicing agent for PROF-2013-M4 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee**<br>*(Creditor)* |

| | | |
|---|---|---|
| **Sherrel K. Knighton**<br>Linebarger, Goggan, Blair & Sampson, LLP<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207<br>(214)880-0089<br>469-221-5003 (fax)<br>Sherrel.Knighton@lgbs.com<br> *Assigned: 02/24/2014* | representing | **Dallas County**<br>Linebarger Goggan Blair & Sampson<br>2777 N. Stemmons Freeway ste. 1000<br>Dallas, TX 75207<br>*(Creditor)* |
| **John Rafferty**<br>Buckley Madole, P.C.<br>P.O. Box 9013<br>Addison, TX 75001<br>(214) 550-3967<br>(214) 550-3967 (fax)<br>John.Rafferty@BuckleyMadole.com<br> *Assigned: 03/21/2017*<br><br> *Assigned: 07/31/2017* | representing | **U.S. BANK NATIONAL ASSOCIATION**<br>14841 Dallas Parkway, Suite 300<br>Dallas, TX 75254<br>*(Creditor)* |
| | representing | **U.S. BANK NATIONAL ASSOCIATION**<br>14841 Dallas Parkway, Suite 300<br>Dallas, TX 75254<br>*(Creditor)* |
| **LynAlise Tannery**<br>Buckley Madole, P.C.<br>14841 Dallas Parkway, Suite 425<br>Dallas, TX 75254<br>(214) 550-4124<br>(214) 550-4124 (fax)<br>lynalise.tannery@buckleymadole.com<br> *Assigned: 08/26/2016*<br><br> *Assigned: 09/27/2016* | representing | **U.S. BANK NATIONAL ASSOCIATION**<br>14841 Dallas Parkway, Suite 300<br>Dallas, TX 75254<br>*(Creditor)* |
| | representing | **U.S. Bank National Association**<br>14841 Dallas Parkway, Suite 300<br>DALLAS, TX 75254<br>*(Creditor)* |

| | | |
|---|---|---|
| **Steve Turner**<br>Barrett Daffin Frappier Turner & Engel<br>3809 Juniper Trace, Suite 205<br>Austin, TX 78738<br>512-687-2500<br>512-477-1112 (fax)<br>ndecf@BDFGROUP.com<br> *Assigned: 04/02/2014* | representing | **Federal National Mortgage Association - Fannie Mae, Creditor CO Seterus, Inc.**<br>*(Creditor)* |
| **Donna Marie Wilkinson**<br>Barrett Daffin Frappier Turner & Engel<br>15000 Surveyor Blvd.<br>Addison, TX 75001<br>(972) 341-3151<br>(972) 341-0526 (fax)<br>ndecf@bdfgroup.com<br> *Assigned: 08/26/2015* | representing | **Federal National Mortgage Association - Fannie Mae, Creditor CO Seterus, Inc.**<br>*(Creditor)* |