C. Daniel Herrin
State Bar No. 24065409
HERRIN LAW, PLLC
4925 Greenville Avenue, Suite 455
Dallas, Texas 75206
(469) 607-8551 Phone
(214) 722-0271 Fax
ATTORNEY FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| IN RE § | |
| § | CASE NO. 14-30153-HDH |
| **CHERYL LYNN DECLOUET** § | |
| § | CHAPTER 13 |
| **Debtor** § | |

**MOTION TO REOPEN CHAPTER 13 CASE FOR PURPOSES OF FILING AN ADVERSARY PROCEEDING CONCERNING A DISCHARGE VIOLATION**

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, **CHERYL LYNN DECLOUET,** (hereinafter, "Debtor"), requesting an order to reopen his Chapter 13 Case to allow him to file an Adversary Proceeding and would show the court the following:

1. Debtor filed a petition under Chapter 13 of Title 11 on January 6, 2014.

2. On or about, April 4, 2018, an Order of Discharge was entered in Debtor's case.

3. Debtor request the reopening of her case for the purpose of filing an Adversary Proceeding which will be filed once the Order Reopening the Case is entered by this Court.

4. The Adversary Proceeding has to do with Debtor's pre-petition account with a creditor who has continued to make collection attempts since the Order of Discharge and as such, a filing fee is not required pursuant to LBR 5010.

5. The Trustee is not needed for this matter to be reopened due to the nature of the adversary proceeding, which is to prosecute a discharge violation.

WHEREFORE, PREMISES CONSIDERED Debtor respectfully request the Court to Reopen Debtor's Chapter 13 Bankruptcy to allow him to pursue an adversary proceeding; and for such other relief the Court may grant.

Dated: November 6, 2019

                                                      Respectfully submitted,

                                                      HERRIN LAW, PLLC

                                                      <u>/s/ C. Daniel Herrin</u>
                                                      C. Daniel Herrin
                                                      State Bar No. 24065409
                                                      4925 Greenville Avenue, Suite 455
                                                      Dallas, Texas 75206
                                                      (469) 607-8551 Phone
                                                      (214) 722-0271 Fax
                                                      ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 13, 2019 a true and correct copy of the foregoing was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties below and on the attached list.

**CHAPTER 13 TRUSTEE**
Thomas Powers
105 Decker Court, Suite 1150
Irving, TX 75062

**US TRUSTEE**
1100 Commerce Street
Room 976
Dallas, TX 75242

**DEBTOR:**
Cheryl Lynn DeClouet
1328 Clearwater Drive
Grand Prairie, TX 75052

**PARTIES REQUESTING NOTICE:**
BSI Financial Services
1425 Greenway Drive, Suite 400
Irving, TX 75038

CACH, LLC
PO Box 10587
Greenville, SC 29603

Dallas County
c/o Linebarger Goggan Blair & Sampson
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207

Fay Servicing, LLC
440 S. LaSalle Street, Suite 2000
Chicago, IL 60605

Fay Servicing, LLC
3000 Kellway Drive, Suite 150
Carrollton, TX 75006

Faye Servicing, LLC
c/o Jeanine Hovell-Cox
400 N. Sam Houston Parkway E., Suite 900A
Houston, TX 77060

FNMA
c/o Barrett Daffin Frappier Turner & Engel
4004 Belt Line Road, Suite 100
Addison, TX 75001

FNMA
c/o Rosicki Rosicki & Associates, PC
51 East Bethpage Road
Plainview, NY 11803

FNMA
c/o Barrett Daffin Frappier Turner & Engel
3809 Juniper Trace, Suite 205
Austin, TX 78738

FNMA
c/o Barrett Daffin Frappier Turner & Engel
4004 Belt Line Road, Suite 100
Addison, TX 75001

Grand Prairie Lakewood HOA, Inc.
c/o SBB Management Company
8360 LBJ Freeway, Suite 300
Dallas, TX 75243

Grand Prairie Lakewood HOA, Inc.
c/o Henry, Oddo, Austin & Fletcher, PC
1700 Pacific Avenue, Suite 2700
Dallas, TX 75201

US Bank National Association
14841 Dallas Parkway, Suite 300
Dallas, TX 75254

US Bank National Association
c/o John Rafferty
Bonial & Associates, PC
PO Box 9013
Addison, TX 75001

US Bank National Association
c/o Craig Andrew Edelman
Bonial & Associates, PC
PO Box 9013
Addison, TX 75001

US Bank Trust National Association
c/o Richard E. Anderson
Anderson Vela LLP

4920 Westport Drive
The Colony, TX 75056

Wells Fargo Bank, N.A.
c/o Alonzo Casas
Aldridge Pite, LLP
4375 Jutland Drive
San Diego, CA 92117

Wells Fargo Bank, N.A.
c/o Gordon Green
Aldridge Pite, LLP
4375 Jutland Drive
San Diego, CA 92117

Wells Fargo Bank, N.A.
Default Document Processing
N9286-01Y, 1000 Blue Genetian Road
Eagan, MN 55121-7700


/s/ C. Daniel Herrin
C. Daniel Herrin
State Bar No. 24065409