Angie Marth, Esq. (24046353)
GHIDOTTI | BERGER
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tel: (949) 427-2010
Fax: (949) 427-2732
ptraynor@ghidottiberger.com

Attorneys for Creditor
U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION

| | |
|---|---|
| In Re: | Case No.: 14-30153-hdh13 |
| Cheryl Lynn DeClouet, | CHAPTER 13 |
| Debtors. | **REQUEST FOR SPECIAL NOTICE** |

TO:   UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that GHIDOTTI | BERGER, attorneys for U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust hereby requests special notice of all events relevant to the above referenced bankruptcy and copies of all pleadings or documents filed in relation to the above referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors,

**1**
REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATIONS OF RIGHTS

1  creditors' committees and parties-in-interest and other notices as required by the United States
2  Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.
3      GHIDOTTI | BERGER, requests that for all notice purposes and for inclusion in the
4  Master Mailing List in this case, the following address be used:

5
6
7
8

    Angie Marth, Esq.
    GHIDOTTI | BERGER
    1920 Old Tustin Ave.
    Santa Ana, CA  92705
    Telephone (949) 427-2010 – Fax: (949) 427-2732
    amarth@ghidottiberger.com

9      Neither this Request for Special Notice nor any subsequent appearance, pleading, claim,
10 proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a
11 waiver of the within party's:
12     a.    Right to have any and all final orders in any and all non-core matters entered
13 only after de novo review by a United States District Court Judge;
14     b.    Right to trial by jury in any proceeding as to any and all matters so triable
15 herein, whether or not the same be designated legal or private rights, or in any case,
16 controversy or proceeding related hereto, notwithstanding the designation or not of such
17 matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial
18 right is pursuant to statute or the United States Constitution;
19     c.    Right to have the reference of this matter withdrawn by the United States
20 District Court in any matter or proceeding subject to mandatory or discretionary withdrawal;
21 and
22     d.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to
23 which this party is entitled under any agreements at law or in equity or under the United States
24 Constitution.
25 / / /
26 / / /
27 / / /
28 / / /

1  All of the above rights are expressly reserved and preserved by this party without exception and
2  with no purpose of confessing or conceding jurisdiction in any way by this filing or by any
3  other participation in these matters.
4
5                                                           GHIDOTTI | BERGER
6  Dated:  March 13, 2020                                   By:/s/ Angie Marth
7                                                           Angie Marth, Esq.
                                                            (SBN 24046353)
8                                                           U.S. Bank Trust National Association, as Trustee
                                                            of the SCIG Series III Trust
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

On _____, I served the foregoing documents described as
_____ on the following individuals by electronic means through the Court's ECF program:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Christina Margaretis
Christina Margaretis

On 3/13/2020, I served the foregoing documents described as Request for Special Notice on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Cheryl Lynn DeClouet
1328 Clearwater Drive
Grand Prairie, TX 75052

DEBTOR'S COUNSEL
C. Daniel Herrin
Herrin Law, PLLC
4925 Greenville Ave
Suite 455
Dallas, TX 75206

Daniel Herrin
Herrin Law, PLLC
4925 Greenville Avenue Suite 455
Dallas, TX 75206

Michael Paul Wright
MP Wright Law Group, PLLC
3090 Olive St. Floor 3
Dallas, TX 75219

TRUSTEE
Thomas Powers
105 Decker Court, STE 1150
Irving, TX 75062

U.S TRUSTEE
United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Christina Margaretis
Christina Margaretis