

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed August 7, 2020                                          United States Bankruptcy Judge

___

IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 14-30153-hdh13 |
| CHERYL LYNN DECLOUET | § | |
| Debtor, | § | |
| | § | Chapter 13 |
| | § | |
| CHERYL LYNN DECLOUET | § | |
| Plaintiff, | § | |
| | § | |
| U.S. BANK TRUST NATIONAL | § | |
| ASSOCIATION, AS TRUSTEE OF THE | § | |
| IGLOO SERIES III TRUST, | § | |
| BSI FINANCIAL SERVICES, INC., FAY | § | |
| SERVICING, LLC, SETERUS, INC. | § | |
| Defendant. | § | |
| | § | |
| | § | |

**ORDER GRANTING JOINT MOTION TO
APPROVE COMPROMISE OF A DISPUTED CLAIM PURSUANT TO RULE 9019**

---

ORDER ON MOTION TO COMPROMISE                                                PAGE 1

On June 18, 2020, a Joint Motion to Approve Compromise of a Disputed Claim Pursuant to Rule 9019 (the "Motion") was filed by Seterus, Inc.. **("Seterus")** and the Debtor, Cheryl Lynn Declouet ("**Debtor**") in the above-referenced case and related to the adversary case 20-03002. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate twenty-one (21)-day negative notice language, pursuant to LBR 9007, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within twenty-one days or the Motion would be deemed by the Court to be unopposed.

The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

IT IS THEREFORE **ORDERED** that the Joint Motion to Approve Compromise of a Disputed Claim Pursuant to Rule 9019 filed by Defendant Seterus and the Debtor, Cheryl Lynn DeClouet, is hereby **GRANTED** so as to authorize the compromise of the disputed matter.

**IT IS FURTHER ORDERED** that Herrin Law is authorized to receive $2,000 for work performed in conjunction with this Motion.

### END OF ORDER ###